# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| **DR. JUAN MUNOZ**, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 3:18cv9 |
| **APOLLOMD, INC.,** *et al.* | : |
| Defendants. | : |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Dr. Juan Munoz ("Plaintiff") and Defendants ApolloMD, Inc., James River Hospitalist Group, LLC, Spotsylvania Hospitalist Group, LLC, and Spotsylvania Medical Center, Inc. d/b/a Spotsylvania Regional Medical Center (collectively, "Defendants"), by and through their undersigned counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted in this matter are hereby dismissed *with prejudice*.

WHEREFORE, with no admission of liability, on May 21, 2018, Plaintiff and Defendants settled any and all claims asserted in this matter, which was memorialized in a mutually acceptable settlement agreement executed on July 16, 2018 ("Settlement Agreement"); and

WHEREFORE, Plaintiff and Defendants expressly agree that this Court shall retain jurisdiction to enforce the settlement of the parties, including the incorporated Settlement Agreement, and any prior Orders in this matter.

THEREFORE, Plaintiff and Defendants respectfully request that this Court enter an order dismissing *with prejudice* all claims asserted in this matter, with the parties bearing their own

attorney's fees, expenses, and costs, except as otherwise set forth in the Settlement Agreement entered into between the parties herein.

Consistent herewith, Plaintiff and Defendants consent to the Court having their case closed.

Dated: July 16, 2018                     Respectfully submitted,

By Counsel:

By: /s/ Andrea Harris_____
Andrea Harris, Esq.
Robert Powers, Esq.
MCCLANAHAN POWERS, PLLC
8133 Leesburg Pike, Suite 130
Vienna, VA 22182
Telephone: (703) 520-1326
Facsimile:  (703) 828-0205
Email: rpowers@mcplegal.com
             aharris@mcplegal.com

*Counsel for Plaintiff*


By: /s/ Vijay Mago_____
Vijay Kumar Mago, Esq.
C. Quinn Adams
O'Hagan Meyer PLLC
2560 Huntington Avenue, Suite 204
Alexandria, VA 22303
Phone: (804) 403-7100
Fax: (804) 403-7110
vmago@ohaganmeyer.com
cadams@ohaganmeyer.com

*Counsel for Defendants ApolloMD, Inc. and Spotsylvania Hospitalist Group, LLC*

By: /s/ Susan North_____
Susan Childers North, Esq.
Naomh M. Hudson, Esq.
LeClair Ryan PC
5425 Discovery Park Boulevard, Suite 200
Williamsburg, VA 23188
Phone: (757) 941-2801
Fax: (757) 941-2879

Susan.north@leclairryan.com
Naomh.hudson@leclairryan.com

*Counsel for Defendant*
*Spotsylvania Medical Center, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2018, the foregoing *Stipulation of Dismissal* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Andrea Harris
Andrea Harris, Esq.

*Counsel for Plaintiff*